**William N. HAMILTON, Appellant, v. The WESTERN UNION TELEGRAPH CO., Inc., Appellee.**

**No. 8688.**

Circuit Court of Appeals, Sixth Circuit.

March 4, 1941.

Payer, Corrigan, Bleiweiss & Cook, of Cleveland, Ohio, and Harvey Rand, of Youngstown, Ohio, for appellant.

Harrington, Huxley & Smith, of Youngstown, Ohio, for appellee.

Jerome N. Curtis, Asst. U. S. Atty., of Cleveland, Ohio, amicus curiae.

Before HICKS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal, 34 F.Supp. 928, herein be and the same is dismissed without prejudice at costs of appellant.

**Laura Ellen JOHNSON, Bankrupt, Appellant, v. The FEDERAL LAND BANK OF SAINT PAUL, a Body Corporate.**

**No. 11967.**

Circuit Court of Appeals, Eighth Circuit.

March 19, 1941.

S. E. Ellsworth, of Jamestown, N. D., for appellant.

John F. Lord, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, at costs of appellant, on motion of appellee.

**NEW YORK LIFE INSURANCE COMPANY, Appellant, v. Linnie J. ROBINSON et al.**

**No. 11928.**

Circuit Court of Appeals, Eighth Circuit.

March 31, 1941.

Lathrop, Crane, Reynolds, Sawyer & Mersereau, Richard S. Righter, and Horace F. Blackwell, Jr., all of Kansas City, Mo., for appellant.

C. A. Randolph and Paul R. Byrum, both of Kansas City, Mo., for appellees.

PER CURIAM.

Appeal from District Court dismissed without taxation of costs in favor of either of the parties in this court, pursuant to stipulation.

**Linnie J. ROBINSON et al., Appellants, v. NEW YORK LIFE INSURANCE COMPANY.**

**No. 11930.**

Circuit Court of Appeals, Eighth Circuit.

March 31, 1941.

C. A. Randolph and Paul R. Byrum, both of Kansas City, Mo., for appellants.

Lathrop, Crane, Reynolds, Sawyer & Mersereau, Richard S. Righter, and Horace F. Blackwell, Jr., all of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed at costs of New York Life Insurance Company, pursuant to stipulation.